**05-15-00752-CR**

ACCEPTED
05-15-00753-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
7/6/2015 6:08:45 PM
LISA MATZ
CLERK



## Kristin R. Brown, Attorney at Law

18208 Preston Rd., Suite D9375 ~ Dallas, Texas 75204 ~ 214-446-3909 (phone) 214-481-4868 (Fax)

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
7/6/2015 6:08:45 PM
LISA MATZ
Clerk

July 6, 2015

Fifth District Court of Appeals
George L Allen Sr Courts Building
600 Commerce St # 200
Dallas, TX 75202

Re:   *Jorge Luis Ceja v. State of Texas*
      **Case No. 05-15-00753-CR**

To Whom It May Concern:

I have been appointed to represent Mr. Ceja.  Please enter my name as the attorney of record for case number 05-15-00753-CR.  Attached is a copy of the appointment letter from the court.  I will file a docketing statement this week.

Thank you for your attention to this matter, I appreciate it.

Respectfully,
**The Law Office of Kristin R. Brown, PLLC**

by Kristin R. Brown
Attorney for Jorge Luis Ceja
State Bar No. 24081458

| PHONE | FAX | WEB | EMAIL |
|---|---|---|---|
| 214-446-3909 | 214-481-4868 | www.idefenddfw.com | kbrown@idefendDFW.com |

**From:** lamonica.littles@dallascounty.org
**Subject:** IMPORTANT NEW COURT APPOINTMENT - Audit # 201530731
**Date:** June 15, 2015 at 1:03 PM
**To:** KBROWN@IDEFENDDFW.COM, lamonica.littles@dallascounty.org



KRISTIN R. BROWN has been appointed on 6/15/2015 1:01:04 PM to represent CEJA JORGE LUIS(10/29/1989, W, M).

The Defendant is Appealing:

F1042505J  BURG HAB       Which is classified as a F2

The Defendant is in jail under bookin number 15018445

The Defendant is located at Kays Tower KT 01, 1st Floor KT 01-D

Please call, email, or fax to the court contact information below no later than 9:45 a.m. the following business day to confirm acceptance of this appointment and to confirm that you will make reasonable effort to contact the defendant as required by Texas Code of Criminal Procedure, Article 26.04(j).

This appointment does not become effective until you contact the Court listed below indicating whether you accept or decline the appointment. If you fail to notify the Court by the time set forth herein that you have accepted this appointment, a different attorney will be appointed to the case and you will not be compensated for the appointment.

The court contact information is as follows:

Criminal District Court No. 3 (FJ)
Lamonica Littles
Phone: 214-653-5922
lamonica.littles@dallascounty.org
Fax: 214-712-3080


Criminal District Court No. 3 (FJ)
Judge GRACIE LEWIS presiding

THIS IS AN AUTOMATED GENERATED EMAIL. DO NOT RESPOND TO THIS EMAIL ADDRESS.